1
2
3
4

# UNITED STATES  DISTRICT COURT

5

## Northern District of California

6
7

RASHEED ET AL

8                              Plaintiff(s),                    No. C 09-02011 MEJ

         v.

9                                                              **NOTICE OF REASSIGNMENT**

THE CITY OF SAN RAMON ET AL

10
                        Defendant(s).

11  _____/

12

13          This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes,

14  including trial and entry of judgment.  All future filings shall reflect the initials "MEJ" after the case

15  number, as designated above.  When filing papers that require the Court to take any action, the

16  parties shall lodge chambers copies by noon of the next court day following the day the papers are

17  filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted

18  to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case

19  number and "E-Filing Chambers Copy."

20          As the parties have been referred to ENE, the Court shall not schedule any case management

21  deadlines at this time.  Instead, within 14 days of completing ENE, the parties shall file a joint case

22  management and status report.

23          **IT IS SO ORDERED.**

24

25  Dated: October 19, 2009

26                                                              _____
                                                              Maria-Elena James
                                                              Chief United States Magistrate Judge
27

28