UNITED STATES  DISTRICT COURT

Northern District of California

RASHEED ET AL

               Plaintiff(s),

   v.

THE CITY OF SAN RAMON ET AL

               Defendant(s).

_____/

No. C 09-02011 MEJ

**NOTICE OF REASSIGNMENT**

    This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment.  All future filings shall reflect the initials "MEJ" after the case number, as designated above.  When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically.  These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

    As the parties have been referred to ENE, the Court shall not schedule any case management deadlines at this time.  Instead, within 14 days of completing ENE, the parties shall file a joint case management and status report.

    **IT IS SO ORDERED.**

Dated: October 19, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge