| | |
|---|---|
| 1<br>2<br>3<br>4 | **HASAN & ASSOCIATES, PC**<br>Ghassan O. Hasan, Esq. #226491<br>One Park Plaza, Suite 600<br>Irvine, California 92614<br>Tel: (949) 833-7199<br>Fax: (949) 833-7197 |
| 5 | |
| 6 | Attorneys for Plaintiffs, KAREEM RASHEED and KHALID ANWARI |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAREEM RASHEED, a minor by and through his guardian ad litem, and KHALID ANWARI, a minor by and through his guardian ad litem | ) ) ) ) ) | CASE NO. C09-02011 MEJ |
| PLAINTIFFS, | ) ) ) ) ) | JOINT STIPULATION FOR CONTINUANCE OF ADR COMPLETION DATE AND (PROPOSED) ORDER |
| vs. | | |
| THE CITY OF SAN RAMON, a public entity, SAN RAMON POLICE DEPARTMENT, a public entity, OFFICER M. GUNNING, an individual, OFFICER STEPHENS, an individual, OFFICER R. RANSOM, an individual, OFFICER A. MEDINA, an individual, and DOES 1-20, inclusive, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

TO THIS HONORABLE COURT, ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD HEREIN:

Plaintiffs, KAREEM RASHEED and KHALID ANWARI (hereinafter collectively referred to as "Plaintiffs"), and Defendant, CITY OF SAN RAMON, by and through their counsel of record herein, hereby stipulate and agree, as follows:

1　　**IT IS HEREBY STIPULATED AND AGREED** by and between all parties and their
2　counsel of record in the above-captioned matter that the currently scheduled ADR completion date
3　of December 16, 2009 should be postponed and continued at least 90 days or as soon thereafter as
4　the Court deems appropriate. This would be the first continuance of the ENE completion date, and
5　good cause exists for the Court to approve this continuance for the following reasons:

6　　Plaintiffs' have discovered new information that requires the addition of new defendants who
7　are believed to be liable for Plaintiffs' injuries and damages at issue in this case. The process of
8　bringing in these new defendants will not be completed before the current ENE completion date.
9　Thus, a continuance will allow Plaintiff to complete the process of bringing in these new defendants
10　so that all relevant parties can participate in a meaningful and comprehensive ADR process where all
11　claims and issues can be addressed. In addition, the parties need additional time to perform
12　discovery from any of these newly added parties prior to any ENE session. The ENE evaluator in
13　this matter, Mr. Saltiel, is in agreement with this approach per prior telephone conferences with all
14　parties.

15

16　**IT IS SO STIPULATED**

17
18
19　DATE: November 13, 2009　　HASAN & ASSOCIATES, PC
20
21　　　　　　　　　　　　　　　　By: _____
22　　　　　　　　　　　　　　　　　　Ghassan O. Hasan, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
23
24
25　DATE: November 13, 2009　　MCNAMARA, DODGE, NEY, BEATTY,
26　　　　　　　　　　　　　　　　SLATTERY, PFALZER, BORGES & BROTHERS, LLP
27
　　　　　　　　　　　　　　　　By: _____
28　　　　　　　　　　　　　　　　　　Noah G. Blechman, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant, CITY OF SAN RAMON

- 2 -
JOINT STIPULATION AND ORDER TO CONTINUE ADR COMPLETION DATE – C09-02011 MEJ

## ORDER

The Court having considered the joint stipulation of the parties, as set forth above, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

(1) The ADR completion date in this matter is continued to March 19, 2009.

(2) Per the Court's Notice of Reassignment Order (Document 18, Filed 10-19-09), the parties are ordered to file a joint case management and status report within 14 days of completing the ENE.

**IT IS SO ORDERED**

DATE: November 18, 2009

CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES
U.S. DISTRICT COURT