1  **HASAN & ASSOCIATES, PC**
   Ghassan O. Hasan, Esq. #226491
2  One Park Plaza, Suite 600
   Irvine, California 92614
3  Tel: (949) 833-7199
   Fax: (949) 833-7197
4

5

6  Attorneys for Plaintiffs, KAREEM RASHEED and KHALID ANWARI

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| KAREEM RASHEED, a minor by and through his guardian ad litem, and KHALID ANWARI, a minor by and through his guardian ad litem<br><br>PLAINTIFFS,<br><br>vs.<br><br>THE CITY OF SAN RAMON, a public entity, SAN RAMON POLICE DEPARTMENT, a public entity, OFFICER M. GUNNING, an individual, OFFICER STEPHENS, an individual, OFFICER R. RANSOM, an individual, OFFICER A. MEDINA, an individual, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. C09-02011 MEJ<br><br>JOINT STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT;<br><br>AND (PROPOSED) ORDER |

   **TO THIS HONORABLE COURT, ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD HEREIN:**

   Plaintiffs, KAREEM RASHEED and KHALID ANWARI (hereinafter collectively referred to as "Plaintiffs"), and Defendants, CITY OF SAN RAMON and SAN RAMON POLICE DEPARTMENT (hereinafter "Defendants"), by and through their counsel of record herein, hereby stipulate and agree, as follows:

1  **IT IS HEREBY STIPULATED AND AGREED** by and between all
2  parties and their counsel of record in the above-captioned matter that Plaintiffs may
3  file a First Amended Complaint in this matter, a copy of which is attached hereto as
4  Exhibit "A".
5  **IT IS FURTHER STIPULATED** that Defendants CITY OF SAN RAMON
6  and SAN RAMON POLICE DEPARTMENT will have twenty (20) calendar days
7  after the electronic filing of the First Amended Complaint to file a response to such
8  amended pleading.

10 **IT IS SO STIPULATED**

12 DATE: November 24, 2009  **HASAN & ASSOCIATES, PC**

14 By: _____
15      Ghassan O. Hasan, Esq.
        Attorneys for Plaintiffs

18 DATE: November 24, 2009  **MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS, LLP**

20 By: _____
21      Noah G. Blechman, Esq.
        Attorneys for Defendants CITY OF SAN
        RAMON and SAN RAMON POLICE
        DEPARTMENT

## ORDER

**GOOD CAUSE** having been shown and all the parties herein having so stipulated as set forth above. It is hereby Ordered as follows:

1. Plaintiffs are hereby allowed to file the proposed First Amended Complaint, at issue herein;

2. The First Amended Complaint supersedes the previous original complaint filed in this action for all purposes;

3. Defendants CITY OF SAN RAMON and SAN RAMON POLICE DEPARTMENT will have twenty (20) calendar days after the electronic filing of the First Amended Complaint to file a response to such amended pleading; and

4. Any other parties named in the First Amended Complaint shall have twenty (20) days to file and serve their responsive pleading thereto following service of process of the First Amended Complaint.

**IT IS SO ORDERED**

DATE: December 2, 2009

CHIEF MAGISTRATE JUDGE
MARIA-ELENA JAMES
U.S. DISTRICT COURT