# UNITED STATES DISTRICT COURT
## Northern District of California

RASHEED ET AL,

        Plaintiff(s),　　　　　　　　No. C 09-02011 MEJ

  v.

THE CITY OF SAN RAMON ET AL,　　**ORDER TO SHOW CAUSE**

        Defendant(s).

_____/

On December 14, 2009, the Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of January 21, 2010. (Dkt. #23.) Pursuant to Civil Local Rule 7, Plaintiffs' opposition or statement of non-opposition was due by December 31, 2009. However, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the January 21, 2010 hearing and ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by January 21, 2010, and the Court shall conduct a hearing on January 28, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge