UNITED STATES DISTRICT COURT

Northern District of California

RASHEED ET AL,

                Plaintiff(s),

   v.

THE CITY OF SAN RAMON ET AL,

                Defendant(s).

No. C 09-02011 MEJ

**ORDER VACATING OSC**

On December 14, 2009, the Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of January 21, 2010. (Dkt. #23.) Pursuant to Civil Local Rule 7, Plaintiffs' opposition or statement of non-opposition was due by December 31, 2009. However, Plaintiff failed to file an opposition. Accordingly, the Court vacated the January 21, 2010 hearing and ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. The Court ordered Plaintiffs to file a declaration by January 21, 2010, and scheduled a hearing on January 28, 2010.

The Court is now in receipt of the Declaration of Ghassan Hasan, Plaintiffs' counsel, filed January 8, 2010. (Dkt. #30.) Good cause appearing, the Court hereby VACATES the order to show cause. So that the case may proceed on the merits, the Court hereby ORDERS Plaintiffs to file their opposition by January 14, 2010. Defendants shall then file any reply by January 28, 2010, and the Court shall conduct a hearing on February 18, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge