UNITED STATES DISTRICT COURT

Northern District of California

RASHEED ET AL,

           Plaintiff(s),

  v.

THE CITY OF SAN RAMON ET AL,

           Defendant(s).
_____/

No. C 09-02011 MEJ

**ORDER VACATING HEARING RE DKT #23**

This matter is currently scheduled for a February 18, 2010 hearing regarding Defendant's Motion to Dismiss the State Law Claims from Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without a hearing and hereby VACATES the February 18, 2010 hearing. The Court shall issue an order on Defendant's motion forthwith.

**IT IS SO ORDERED.**

Dated: February 9, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge