**HASAN & ASSOCIATES, PC**
Ghassan O. Hasan, Esq. #226491
One Park Plaza, Suite 600
Irvine, California 92614
Tel: (949) 833-7199
Fax: (949) 833-7197

Attorneys for Plaintiffs, KAREEM RASHEED, ADLI RASHEED and KHALID ANWARI

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM RASHEED, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SAN RAMON, et al.<br><br>Defendants. | CASE NO. C09-02011 MEJ<br><br>JOINT STIPULATION FOR CONTINUANCE OF ADR COMPLETION DATE AND ~~(PROPOSED)~~ ORDER |

**TO THIS HONORABLE COURT, ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiffs, KAREEM RASHEED and KHALID ANWARI (hereinafter collectively referred to as "Plaintiffs"), Defendants, CITY OF SAN RAMON et al., and Defendants, GUY HUNTER and EILEEN HUNTER, by and through their counsel of record herein, stipulate and agree, as follows:

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties and their counsel of record in the above-captioned matter that the currently scheduled ADR completion date of March 19, 2010, should be postponed and continued at least 60 days or as soon thereafter as the Court deems appropriate. This would be the second continuance of the ENE completion date, and good cause exists for the Court to approve this continuance for the following reasons:

-1-
JOINT STIPULATION FOR CONTINUANCE OF ENE COMPLETION DATE AND ORDER – C09-02011 MEJ

First, the Plaintiffs and City of San Ramon have been actively engaged in written discovery and have scheduled the depositions of Plaintiffs for early March, prior to the current ENE completion date. Although Plaintiffs noticed the depositions of defendant Officers M. Gunning and A. Medina to occur prior to the current ENE completion date, there are no available dates for the officers and counsel to complete the depositions during this time frame.

Second, Plaintiffs have served the new defendants, Guy and Eileen Hunter, who filed an answer to the Complaint on February 1, 2010; the Hunter's were served with written discovery from Plaintiffs shortly thereafter; and have agreed to participate in the ENE conference. A continuance of the ENE completion will allow them time to perform some discovery and attempt to obtain insurance coverage for this case through their home insurance policy.

Third, Plaintiffs attempted, but were not able to personally serve the defendants, Spencer and Tony Hill, despite making a diligent effort to locate and serve these individuals. On or about February 15th, Plaintiffs initiated a final attempt to serve these parties by certified mail and personal service at an alternate address in Tennessee that was recently discovered. The additional time will allow Plaintiffs to attempt to serve the Hill defendants or dismiss them from the case, so the case will be at issue and all parties can have the opportunity to participate in the ENE.

Additionally, the City of San Ramon related Defendants still have a pending motion to dismiss with the Court. Your Honor has taken the matter under submission and ordered that no oral argument is necessary. The outcome of this pending motion will impact the ENE evaluation of the liability of City of San Ramon related Defendants so it would behoove all parties if the ENE occurred following receipt of the Court order on that motion.

In summary, a final 60-day continuance of the ENE completion date is warranted so that Plaintiff may complete the process of serving the Hill Defendants and allowing them to participate in the ADR process; the parties may be able to complete further discovery and the depositions of the defendant officers; and attempt to resolve any insurance coverage issues, if applicable. Furthermore, the outcome of Defendant, City of San Ramon's Rule 12b Motion, which is still undecided, will materially impact the ENE evaluator's assessment of the claims at issue in this case. During prior teleconferences with counsel, the ENE evaluator, Steven Saltiel, Esq. has indicated that he has no

objection to a continuance of the ENE completion date. In addition, the parties are willing to appear at a case management conference after the ENE completion date.

IT IS SO STIPULATED

DATE: February 25, 2010          HASAN & ASSOCIATES, PC

By: _____
Ghassan O. Hasan, Esq.
Attorneys for Plaintiffs

DATE: February 25, 2010          MCNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER, BORGES & BROTHERS, LLP

By: _____
Noah G. Blechman, Esq.
Attorneys for Defendants, CITY OF SAN RAMON,
SAN RAMON POLICE DEPARTMENT, et al.

DATE: February 24, 2010          LAW OFFICE OF SCOTT L. WOODALL

By: _____
Scott L. Woodall, Esq.
Attorneys for Defendants, GUY HUNTER and
EILEEN HUNTER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court having considered the joint stipulation of the parties, as set forth above, and good |
| 3 | cause appearing therefore, **IT IS HEREBY ORDERED** as follows: |
| 4 | (1) The ADR completion date in this matter is continued to May 14, 2010; |
| 5 | (2) ~~All parties are ordered to appear at a further case management conference on~~ |
| 6 | ~~_____, 2010, at _____ a.m. in Judge James' courtroom on the 15th Floor. One week~~ |
| 7 | ~~prior to the case management conference, the parties are to file a joint case management conference~~ |
| 8 | ~~statement.~~ The Court will schedule a CMC, if necessary, after ruling on Defendant's motion to dismiss. |

**IT IS SO ORDERED:**

DATE: March 1, 2010

_____
CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES
U.S. DISTRICT COURT