GHASSAN O. HASAN, ESQ. (SBN: 226491)
HASAN & ASSOCIATES, PC
2 One Park Plaza, Suite 600
Irvine, California 92614
Tel: (949) 833-7199
Fax: (949) 833-7197

Attorneys for Plaintiffs
KAREEM RASHEED, ADLI RASHEED, and
KHALID ANWARI

NOAH G. BLECHMAN, ESQ.  (SBN: 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Tel: (925) 939-5330
Fax: (925) 939-0203

Attorneys for Defendants
THE CITY OF SAN RAMON, SAN RAMON POLICE
DEPARTMENT, OFFICER M. GUNNING, OFFICER R.
RANSOM, OFFICER A. MEDINA, and OFFICER STEPHENS

SCOTT L. WOODALL, ESQ.  (SBN: 181971)
LAW OFFICE OF SCOTT L. WOODALL
2340 Santa Rita Road, Suite 5
Pleasanton, California 94566
Tel:  (925) 600-0111
Fax:  (925) 600-0003

Attorneys for Defendants
GUY HUNTER and EILEEN HUNTER

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM RASHEED, et al. | Case No:   C09-02011 MEJ |
| Plaintiffs, | **JOINT STIPULATION FOR CONTINUANCE OF ADR COMPLETION DATE AND [PROPOSED] ORDER CONTINUING** |
| v. | |
| THE CITY OF SAN RAMON, et al. | |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES AND/OR THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiffs, KAREEM RASHEED, ADLI RASHEED, and KHALID ANWARI (hereinafter collectively referred to as "Plaintiffs"), Defendants, CITY OF SAN RAMON, SAN RAMON POLICE DEPARTMENT, OFFICER M. GUNNING, OFFICER STEPHENS, OFFICER R. RANSOM, OFFICER A. MEDINA (collectively "the City") and Defendants, GUY HUNTER and EILEEN HUNTER (collectively with the City, "Defendants"), by and through their counsel of record herein, stipulate and agree, as follows:

IT IS HEREBY STIPULATED AND AGREED by and between all parties and their counsel of record in the above-captioned matter that the currently scheduled ADR completion date of May 14, 2010, should be postponed and continued at least 60 to 90 days or as soon thereafter as the Court deems appropriate. This would be the second continuance of the ENE completion date, and good cause exists for the Court to approve this continuance for the reasons stated below. The first continuance was granted as the case was not at issue and to allow Plaintiffs to serve new defendants named in the amended complaint and to allow for discovery between the parties and for the appearance of additional defendants. Since the last continuance, the parties have actively engaged in discovery, including exchanging written discovery and completing the depositions of Plaintiffs Kareem Rasheed and Khalid Anwari, and Defendants Guy and Eileen Hunter.

Good cause now exists to continue the ADR for 60 to 90 days for the following reasons:

(1) To allow the parties to obtain the transcript from the juvenile court case involved, which was ordered by the City's counsel on March 24, 2010 but has not yet been received.  The City obtained the juvenile court file but is still awaiting production of the court transcript.  The parties agree that these records are essential to evaluating any potential liability and / or defenses to the claims asserted in this case.  The parties cannot adequately prepare for and engage in the ENE without first reviewing the transcript.  Per the court reporter preparing the transcript, the parties are informed that the transcript will not be produced before the current ENE date.

(2) The additional time will allow the Plaintiffs to complete the deposition of Defendant Officer Gunning, which they have agreed to do prior to the next ENE date, and which will further

1   enable the parties to participate in an ENE.

2       (3) Defendants Guy and Eileen Hunter are currently engaged in an insurance coverage

3   dispute and need additional time to secure cooperation from the insurance companies in order to

4   adequately discuss settlement.

5       The ENE evaluator, Steven Saltiel, Esq., has indicated that he has no objection to a

6   continuance of the ENE completion date. In addition, the parties are willing to appear at a case

7   management conference after the ENE completion date.

8       For these reasons, the parties stipulate to continue the ADR completion date for 60 to 90

9   days.

10  **IT IS SO STIPULATED.**

11

12  Date: May 5, 2010                           HASAN & ASSOCIATES, PC

13                              By: _____
                                    GHASSAN O. HASAN
14                                  Attorneys for Plaintiffs KAREEM RASHEED,
                                    ADLI RASHEED, and KHALID ANWARI
15

16  Date: May 5, 2010                           McNAMARA, NEY, BEATTY, SLATTERY,
                                                 BORGES & BROTHERS LLP
17
                                By: _____
18                                  NOAH G. BLECHMAN
                                    Attorneys for Defendants THE CITY OF SAN
19                                  RAMON, SAN RAMON POLICE
                                    DEPARTMENT, OFFICER M. GUNNING,
20                                  OFFICER R. RANSOM, OFFICER A. MEDINA,
                                    and OFFICER STEPHENS
21

22  Date: May 5, 2010                           LAW OFFICE OF SCOTT L. WOODALL

23                              By: _____
                                    SCOTT L. WOODALL
24                                  Attorney for Defendants Guy Hunter and
                                    Eileen Hunter
25

26

27

28

-3-
JOINT STIPULATION FOR CONTINUANCE OF ADR COMPLETION DATE AND [PROPOSED] ORDER CONTINUING

1   enable the parties to participate in an ENE.

2       (3) Defendants Guy and Eileen Hunter are currently engaged in an insurance coverage

3   dispute and need additional time to secure cooperation from the insurance companies in order to

4   adequately discuss settlement.

5       The ENE evaluator, Steven Saltiel, Esq., has indicated that he has no objection to a

6   continuance of the ENE completion date. In addition, the parties are willing to appear at a case

7   management conference after the ENE completion date.

8       For these reasons, the parties stipulate to continue the ADR completion date for 60 to 90

9   days.

10  **IT IS SO STIPULATED.**

11

12  Date: May 5, 2010                        HASAN & ASSOCIATES, PC

13                                  By: _____
                                        GHASSAN O. HASAN
14                                      Attorneys for Plaintiffs KAREEM RASHEED,
                                        ADLI RASHEED, and KHALID ANWARI
15

16  Date: May 5, 2010                        McNAMARA, NEY, BEATTY, SLATTERY,
                                            BORGES & BROTHERS LLP
17
                                    By: _____
18                                      NOAH G. BLECHMAN
                                        Attorneys for Defendants THE CITY OF SAN
19                                      RAMON, SAN RAMON POLICE
                                        DEPARTMENT, OFFICER M. GUNNING,
20                                      OFFICER R. RANSOM, OFFICER A. MEDINA,
                                        and OFFICER STEPHENS
21

22  Date: May 5, 2010                        LAW OFFICE OF SCOTT L. WOODALL

23                                  By: _____
                                        SCOTT L. WOODALL
24                                      Attorney for Defendants Guy Hunter and
                                        Eileen Hunter
25

26

27

28

JOINT STIPULATION FOR CONTINUANCE OF ADR COMPLETION DATE AND [PROPOSED] ORDER CONTINUING

1

## <u>ORDER</u>

2  The Court having considered the joint stipulation of the parties, as set forth above, and good cause

3  appearing therefore, **IT IS HEREBY ORDERED** as follows:

4      (1) The ADR completion date in this matter is continued to <u>August 19, 2010</u>:

5      (2) All parties are ordered to appear at a further case management conference on

6  <u>September 23</u>, 2010, at <u>10:00</u> a.m. in Judge James' courtroom on the 15th Floor. One week

7  prior to the case management conference, the parties are to file a joint case management conference

8  statement.

9

10  **IT IS SO ORDERED.**

11

12  DATE:<u> May 6, 2010 </u>                _____

13                      **CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES**

                    **U.S. DISTRICT COURT**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR CONTINUANCE OF ADR COMPLETION DATE AND [PROPOSED] ORDER CONTINUING