UNITED STATES DISTRICT COURT

Northern District of California

RASHEED, et al.,

              Plaintiffs,

  v.

THE CITY OF SAN RAMON, et al.,

              Defendants.
_____/

No. C 09-2011 MEJ

**ORDER TO SHOW CAUSE**

On July 1, 2011, the Defendants in the above-captioned matter filed a motion for summary judgment, with a noticed hearing date of August 5, 2010. (Dkt. #44.) Pursuant to Civil Local Rule 7, Plaintiffs' opposition was due by July 15, 2010; however, Plaintiffs failed to file an opposition. Accordingly, the Court hereby VACATES the August 5 hearing and ORDERS Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiffs shall file a declaration by August 5, 2010, and the Court shall conduct a hearing on August 12, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: July 27, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge