UNITED STATES DISTRICT COURT

Northern District of California

RASHEED, et al.,

                Plaintiffs,           No. C 09-2011 MEJ

  v.

                                   **ORDER DISCHARGING OSC**

THE CITY OF SAN RAMON, et al.,

                Defendants.

_____/

On July 27, 2010, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. (Dkt. #53.) Having received Plaintiffs' counsel's declaration in response, the Court hereby DISCHARGES the osc. The parties shall file a stipulation for dismissal or joint status report by August 19, 2010.

**IT IS SO ORDERED.**

Dated: August 3, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge