JAMES V. FITZGERALD, III (State Bar No. 55632)
JAIME E. LICHT (State Bar No. 23985)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
THE CITY OF SAN RAMON, SAN RAMON POLICE
DEPARTMENT, OFFICER M. GUNNING, OFFICER R.
RANSOM, OFFICER A. MEDINA, and OFFICER STEPHENS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM RASHEED, a minor by and through his guardian ad litem; and KHALID ANWARI, a minor by and through his guardian ad litem,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY OF SAN RAMON, a public entity, SAN RAMON POLICE DEPARTMENT, a public entity, OFFICER M. GUNNIING, an individual, SERGEANT STEPHENS, an individual, OFFICER R. RANSOM, an individual, OFFICER A. MEDINA, an individual, SPENCER HILL, an individual, TONY HILL, an individual, GUY HUNTER, an individual, EILEEN HUNTER, an individual, and DOES 1-25 inclusive,<br><br>Defendants. | Case No. C09-02011 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE, PER FRCP 41(a)(1)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii), Plaintiffs, all of them, hereby dismiss this action against Defendants THE CITY OF SAN RAMON, SAN RAMON POLICE DEPARTMENT, OFFICER M. GUNNING, OFFICER R. RANSOM, OFFICER A. MEDINA,

and OFFICER STEPHENS, with prejudice, each party to bear their own fees and costs. Above named Defendants will prepare the release to be executed by Plaintiffs.

**IT IS SO STIPULATED**

Dated: July 15, 2010

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III
Jaime E. Licht
Attorneys for Defendants
CITY OF SAN RAMON, et al.

Dated: July 14, 2010

By: _____
Ghassan O. Hasan
Attorney for Plaintiffs

Dated: July ___, 2010

By: _See attached_____
Scott L. Woodall
Amy Goltz
Attorneys for Defendants, Guy Hunter and Eileen Hunter

**ORDER**

Pursuant to stipulation, this action by Plaintiffs against Defendants THE CITY OF SAN RAMON, SAN RAMON POLICE DEPARTMENT, OFFICER M. GUNNING, OFFICER R. RANSOM, OFFICER A. MEDINA, and OFFICER STEPHENS is hereby dismissed, with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: August 20, 2010

By: _____
Honorable Maria Elena James
United States Magistrate Judge

STIPULATION AND ORDER DISMISSING ACTION AGAINST DEFENDANTS CITY OF SAN RAMON, ET AL. WITH PREJUDICE– C09-02011 MEJ

2

and OFFICER STEPHENS, with prejudice, each party to bear their own fees and costs. Above named Defendants will prepare the release to be executed by Plaintiffs.

. **IT IS SO STIPULATED**

Dated: July ___, 2010          McNamara, Dodge, Ney, Beatty, Slattery,
                               Pfalzer, Borges & Brothers LLP


                               By: _____
                                   James V. Fitzgerald, III
                                   Jaime E. Licht
                                   Attorneys for Defendants
                                   CITY OF SAN RAMON, et al.


Dated: July ___, 2010          By: _____
                                   Ghassan O. Hasan
                                   Attorney for Plaintiffs

Dated: July 15, 2010           By: _____
                                   Scott L. Woodall
                                   Amy Goltz
                                   Attorneys for Defendants, Guy Hunter and
                                   Eileen Hunter


## ORDER

Pursuant to stipulation, this action by Plaintiffs against Defendants THE CITY OF SAN RAMON, SAN RAMON POLICE DEPARTMENT, OFFICER M. GUNNING, OFFICER R. RANSOM, OFFICER A. MEDINA, and OFFICER STEPHENS is hereby dismissed, with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED.**


Dated: _____, 2010
                               By: _____
                                   Honorable Maria Elena James
                                   United States Magistrate Judge

STIPULATION AND ORDER DISMISSING ACTION          2
AGAINST DEFENDANTS CITY OF SAN RAMON,
ET AL. WITH PREJUDICE– C09-02011 MEJ