1    GHASSAN O. HASAN, ESQ. (SBN: 226491)
     HASAN & ASSOCIATES, PC
2    2 One Park Plaza, Suite 600
     Irvine, California 92614
3    Tel: (949) 833-7199
4    Fax: (949) 833-7197

5    Attorneys for Plaintiffs
     KAREEM RASHEED, ADLI RASHEED, and
6    KHALID ANWARI

7    SCOTT L. WOODALL, ESQ. (SBN: 181971)
     LAW OFFICE OF SCOTT L. WOODALL
8    2340 Santa Rita Road, Suite 5
     Pleasanton, California 94566
9    Tel: (925) 600-0111
     Fax: (925) 600-0003

10
11    Attorneys for Defendants
     GUY HUNTER and EILEEN HUNTER

12

13            UNITED STATES DISTRICT COURT

14          NORTHERN DISTRICT OF CALIFORNIA

15    KAREEM RASHEED, et al.       Case No:   C09-02011 MEJ

16           Plaintiffs.        JOINT STIPULATION FOR REMAND
      v.
17
     THE CITY OF SAN RAMON, et al.
18
          Defendants.
19

20

21    TO THIS HONORABLE COURT, ALL PARTIES AND/OR THEIR ATTORNEYS OF

22    RECORD HEREIN:

23         Plaintiffs, KAREEM RASHEED, ADLI RASHEED, and KHALID ANWARI (hereinafter

24    collectively referred to as "Plaintiffs"), Defendants GUY HUNTER and EILEEN HUNTER

25    (collectively, "Defendants"), by and through their counsel of record herein, stipulate and agree

26    that an order remanding this matter to Contra Costa County Superior Court be made an entered in

27    the above-titled action. Given that all of the federal claims have been dismissed, there no longer

28    exists a federal question on which to base federal court jurisdiction.

        The parties further stipulate and agree that Plaintiffs will dismiss the Eleventh Cause of

1   Action for Violation of the UNRUH Civil Rights Act against Defendants Guy and Eileen Hunter.

2   Plaintiffs agree to file this dismissal within 30 days after the Contra Costa Superior Court

3   acknowledges receipt of the Order to Remand.

4   **IT IS SO STIPULATED.**

5
        *August 9*
6   Date: July __, 2010                                HASAN & ASSOCIATES, PC

7                                                       By: _____
                                                            GHASSAN O. HASAN
8                                                           Attorneys for Plaintiffs KAREEM RASHEED,
                                                            ADLI RASHEED, and KHALID ANWARI
9
        *August 10, 2010*
10  Date: July __, 2010

11                                                      LAW OFFICE OF SCOTT L. WOODALL

                                                        By: _____
12                                                          SCOTT L. WOODALL
                                                            Attorney for Defendants Guy Hunter and
13                                                          Eileen Hunter

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
JOINT STIPULATION FOR REMAND

1

**ORDER**

2  The Court having considered the joint stipulation of the parties as set forth above, **IT IS HEREBY**

3  **ORDERED** as follows:

4      (1) This matter is remanded to the Contra Costa Superior Court;

5      (2) Plaintiffs must properly execute a dismissal of the Eleventh cause of action for Violation

6  of the UNRUH Civil Rights Act in favor of Defendants Guy and Eileen Hunter within 30 after the

7  Contra Costa Superior Court acknowledges receipt of the Order to Remand.

8

9  **IT IS SO ORDERED.**

10

11  DATE:____August 26, 2010____      _____

12                               **CHIEF MAGISTRATE JUDGE MARIA-ELENA JAMES**
                             **U.S. DISTRICT COURT**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION FOR REMAND